NICHOLAS LA VECCHIA, as Receiver of Paine Statistical Corporation, Appellant, v. PARSLEY & STONE, INC., *et al.*, Appellees.

199 So. 574
Division A
Opinion Filed January 14, 1941
Rehearing Denied Jan. 24, 1941

*Askew & Kiernan* and *Hancock & Lester* (Newark, New Jersey), for Appellant;

*Carey & Harrison,* for Appellant.

Per Curiam.—Pursuant to oral argument, we have carefully considered the record in this case in the light of the assignments and briefs and find no reversible error.

The judgment is affirmed.

So ordered.

Terrell, C. J., Buford, Thomas and Adams, J. J., concur.

Justices Whitfield, Brown and Chapman not participating as authorized by Section 4687, Compiled General Laws of 1927, and Rule 21-A of the Rules of this Court.